964

No. 80–885. NATIONAL LABOR RELATIONS BOARD v. HENDRICKS COUNTY RURAL ELECTRIC MEMBERSHIP CORP.; NATIONAL LABOR RELATIONS BOARD v. MALLEABLE IRON RANGE Co.; and

No. 80–1103. HENDRICKS COUNTY RURAL ELECTRIC MEMBERSHIP CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Motion of Office & Professional Employees, AFL–CIO, for leave to file a brief as *amicus curiae* in No. 80–885 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: No. 80–885 (first case) and No. 80–1103, 627 F. 2d 766; No. 80–885 (second case), 631 F. 2d 734.

No. 80–939. FEDERAL ELECTION COMMISSION v. DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE ET AL.; and

No. 80–1129. NATIONAL REPUBLICAN SENATORIAL COMMITTEE v. DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 212 U. S. App. D. C. 374, 660 F. 2d 773.

No. 80–569. LOCALS 1830 AND 1833, GENERAL LONGSHORE WORKERS, INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO v. BAILEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–657. McCOWN ET AL. v. CRAVENS, RECEIVER, ET AL. Sup. Ct. Okla. Certiorari denied.

No. 80–741. HIDALGO COUNTY GRAND JURY COMMISSIONERS ET AL. v. CIUDADANOS UNIDOS DE SAN JUAN ET AL. C. A. 5th Cir. Certiorari denied.